IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY REAL,

    Plaintiff,                                No. 2:09-cv-3273 JFM (PC)

    vs.

JAMES WALKER, Warden, et al.,

    Defendants.

_____/        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly

1 payments of twenty percent of the preceding month's income credited to plaintiff's prison trust
2 account. These payments will be forwarded by the appropriate agency to the Clerk of the Court
3 each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28
4 U.S.C. § 1915(b)(2).

5       Plaintiff concedes he failed to exhaust his R.I.C.O. allegations. (Complt. at 2.)

> "Section 1997e(a) of Title 42 of the United States Code provides:
> No action shall be brought with respect to prison conditions under
> [42 U.S.C. § 1983], or any other Federal law, by a prisoner
> confined in any jail, prison, or other correctional facility until such
> administrative remedies as are available are exhausted.
>
> This exhaustion requirement is mandatory. Booth v. Churner, 532 U.S. 731, 741 (2001)."

McKinney v. Carey, 311 F.3d 1198, 1199 (9th Cir. Dec. 5, 2002). Exhaustion must precede the filing of the complaint; compliance with the statute is not achieved by satisfying the exhaustion requirement during the course of an action. Id. at 1200. Thus, the court will not require defendants to answer the R.I.C.O. claims.

      As to the remaining claims, the complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for leave to proceed in forma pauperis is granted.

      2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

      3. Service is appropriate for the following defendants: Director, California Department of Corrections-Rehabilitation; Warden James Walker; Associate Warden R. Hill; former Associate Warden T. Virga; C/O T. Ventimiglia; C/O J. Stewart; C/O G. Parker; C/O R.

Parrilla; C/O Everett Fisher; C/O Scott Kisser; C/O G. Williams, C/O R. Ramos, C/O D. Baughman; C/O D. Sims; C/O K. Pool; C/O K.M. Pool; C/O S. Hemenway; C/O N. Grannis and C/O D. Till.

4. The Clerk of the Court shall send plaintiff nineteen USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed November 20, 2009.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Twenty copies of the endorsed complaint filed November 20, 2009.

6. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  December 22, 2009.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/001; real3273.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY REAL,

      Plaintiff,

vs.

JAMES WALKER, Warden, et al.,

      Defendants.

_____/

No. 2:09-cv-3273 JFM (PC)

<u>NOTICE OF SUBMISSION</u>

<u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed USM-285 forms

      ____ copies of the _____ Complaint/Amended Complaint

DATED:

      _____

      Plaintiff