1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY REAL,                                No.  2: 09-cv-3273 GEB KJN P

12                  Plaintiff,

13        v.                                     ORDER

14   JAMES WALKER, et al.,

15                  Defendants.

16

17          On July 28, 2014, plaintiff filed an amended complaint.  Accordingly, IT IS HEREBY

18   ORDERED that defendants shall file a response to the amended complaint within twenty days of

19   the date of this order.

20   Dated:  July 30, 2014

21

22   Real3273.ord                              KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                                1