
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY REAL,

Plaintiff,

v.

JAMES WALKER, et al.,

Defendants.

No. 2: 09-cv-3273 GEB KJN P

ORDER

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2014, attorney Carter C. White filed a second amended complaint on plaintiff's behalf. Mr. White appeared for the limited purpose of assisting plaintiff in filing his second amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Carter C. White is relieved as plaintiff's counsel; the Clerk of the Court shall amend court records to reflect that plaintiff is proceeding pro se; and

2. If he so desires, plaintiff may file a renewed request for appointment of counsel.

Dated: July 31, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Real3273.lp