UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY REAL, | No. 2:09-cv-3273 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| JAMES WALKER, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding in this civil rights action brought pursuant to 42 U.S.C. § 1983. On July 31, 2014, this court relieved Mr. Carter White from his limited appointment as counsel for plaintiff, and informed plaintiff that he could file a renewed request for appointment of counsel. (ECF No. 71.) On August 18, 2014, plaintiff filed such request. (ECF No. 72.)

    For the reasons previously articulated by this court (see ECF No. 67), which found exceptional circumstances warranting the appointment of counsel in this case, see Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009), plaintiff's request will be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for appointment of counsel (ECF No. 73) is granted.

    2. The Clerk of Court is directed to contact Sujean Park, Alternative Dispute Resolution Coordinator, for the purpose of locating an attorney admitted to practice in this court who is

willing to accept appointment in this action, for the purpose of pursuing this action on plaintiff's behalf through all remaining pretrial and trial proceedings.

SO ORDERED.

Dated: August 22, 2014

/real3273.appt.cnsl.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE