KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
THOMAS S. PATTERSON, State Bar No. 202890
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-6421
 Fax: (916) 324-5205
 E-mail: Jaime.Ganson@doj.ca.gov
*Attorneys for Defendants Beard, Fisher, Kisser, Parilla, Parker, K.M. Pool, Stewart, Ventimiglia, Walker, and Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RANDY REAL,**<br><br>                                    Plaintiff,<br><br>    v.<br><br>**JAMES WALKER, Warden, et al.,**<br><br>                                    Defendants. | 2:09-cv-3273 GEB KJN<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Judge:           Honorable Kendall J. Newman<br>Action Filed:  3/22/2010 |

**TO RANDY REAL (T-35897), PLAINTIFF PRO SE:**

**PLEASE TAKE NOTICE** that Defendants Beard, Fisher, Kisser, Parilla, Parker, K.M. Pool, Stewart, Ventimiglia, Walker, and Williams  move under Federal Rules of Civil Procedure 12(b)(6) to dismiss this case. Under Rule 12(b)(6), this action should be dismissed because Plaintiff has failed to state a claim upon which relief could be granted and defendants are entitled to qualified immunity. Under Local Rule 230(l), this motion is submitted on the record without oral argument unless otherwise ordered by the Court. This motion is based upon this notice and motion, the supporting memorandum of points and authorities and any attached exhibits, as well

as the other records and pleadings on file in this action, and such other matters as may properly come before the Court.

Written opposition to a motion to dismiss must be filed not more than twenty-one days after the date of service of the motion to dismiss, plus three days if service is by mail. Local Rule 230(l) provides that failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion . . . ." Thus, the Court may deem Plaintiff's failure to oppose Defendants' motion to dismiss as a waiver and may recommend that the motion be granted on that basis.

| Dated:  August 29, 2014 | Respectfully submitted, |
|---|---|
| | KAMALA D. HARRIS<br>Attorney General of California<br>DAVIS A. CARRASCO<br>Supervising Deputy Attorney General |
| | */s/ Jaime M. Ganson* |
| | JAIME M. GANSON<br>Deputy Attorney General<br>*Defendants Beard, Fisher, Kisser, Parilla, Parker, K.M. Pool, Stewart, Ventimiglia, Walker, and Williams* |

SA2011300866
11419888.doc