KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
THOMAS S. PATTERSON, State Bar No. 202890
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-6421
 Fax: (916) 324-5205
 E-mail: Jaime.Ganson@doj.ca.gov
*Attorneys for Defendants Beard, Fisher, Kisser, Parilla, Parker, Pool, Stewart, Ventimiglia, Walker, and Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RANDY REAL,**<br><br>                                  Plaintiff,<br><br>       v.<br><br>**JAMES WALKER, Warden, et al.,**<br><br>                                  Defendants. | 2:09-cv-3273 GEB KJN<br><br>**DECLARATION OF SERVICE BY U.S. MAIL**<br><br><br>Judge:          Honorable Kendall J. Newman<br>Action Filed:  3/22/2010 |

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **August 29, 2014**, I served the attached:

➢ **NOTICE OF MOTION AND MOTION TO DISMISS**

➢ **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

1

1
- **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

2

**A copy of the following unpublished cases have been served on Plaintiff:**

3
- *Andrade v. Lewis* - No. C 11-3528 SI (PR), 2013 WL 5694331, *5-6 (N.D. Cal. Oct. 18, 2013)
4
- *Baker v. Lewis* - C 11-3493 LHK PR, 2012 WL 1932867, *3 (N.D. Cal. May 29, 2012)
- *Barrios v. Gonzales* - No. 1:10-CV-01122, 2011 WL 2620374, *6 (E.D. Cal. July 1, 2011)
5
- *Brown v. Oregon Department of* Corrections - 11-35628, 2014 WL 1687758, *5
    (9th Cir. Apr. 29, 2014)
6
- *Castro v. Prouty* - No. 1:09-cv-01763, 2011 WL 529493, *4 (E.D. Cal. Feb. 3, 2011)
- *Cook v. Cate* - No. 1:13-CV-00331-SKO PC, 2014 WL 2174574 (E.D. Cal. May 23, 2014)
7
- *Cota v. Scribner* - No. 09-cv-2507-BEN (BLM), 2010 WL 5093524, *2, 9-10
    (S.D. Cal. Nov. 10, 2010)
8
- *Cota v. Scribner* - No. 09-cv-2507 BEN (BLM), 2011 WL 666891, (S.D. Cal. Feb. 14, 2011)
- *Cota v. Scribner* - No. 09-cv-2507-AJB (BLM), 2011 WL 4914934, *2, 6-7
9
    (S.D. Cal. June 27, 2011)
- *Cota v. Scribner* - No. 09-cv-2507-AJB (BLM), 2011 WL 4914878
10
    (S.D. Cal. Oct. 17, 2011)
- *Cota v. Scribner* - No. 09-cv-2507-AJB (BLM), 2011 WL 597-752 (S.D. Cal. Oct. 26, 2011)
11
- *Escalante v. Hubbard* - No. C 10-1583, 2010 WL 4916404, *4 (N.D. Cal. Nov. 22, 2010)
- *Escalante v. Lewis* - No. C 10-4417 RS PR, 2012 WL 215253 (N.D. Cal. Jan. 24, 2012)
12
- *Gallegos v. Gipson* - No. 1:13-CV-00221, 2013 WL 1907513, *6 (E.D. Cal. May 7, 2013)
- *Hart v. Cambra*  - C 96-0924 SI, 1997 WL 564059, *6 (N.D. Cal. Aug. 22, 1997)
13
- *Hernandez v. Stainer* - No. 1:12-CV-01177 AWI, 2012 WL 4363736, *6
    (E.D. Cal. Sept. 20, 2012)
14
- *Jones v. Cannedy* - No. 2:10-cv-2174 KJM KJN P, 2012 WL 3260457
    (E.D. Cal. Aug. 8, 2012)
15
- *Jones v. Cannedy* – No. 2:10-cv-2174 KJM KJN P, 2012 WL 4460818
    (E.D. Cal. Sept. 25, 2012)
16
- *Lopez v. Galaza*  - No. civ-s-02-2563, 2006 WL 3147686 (E.D. Cal. Nov. 1, 2006)
- *Lopez v. Galaza* - 2006 WL 3531736 (E.D. Cal. Dec. 7, 2006)
17
- *Sandigo v. Lewis* - No. C 12-0085, 2014 WL 1379278, *7-8 (N.D. Cal. Apr. 8, 2014)
- *Stearns v. Flores* - No. CV F 00 6331, 2005 WL 1836915 (E.D. Cal. July 28, 2005)
18
- *Stearns v. Flores* – No. CV F 006331, 2005 WL 2089843 (E.D. Cal. Aug. 30, 2005)
    *aff'd*, 465 F. App'x 680 (9th Cir. 2012)
19
- *Throop v. Secretary of Corrections* - 08CV2109-MMA CAB, 2010 WL 3418353
    (S.D. Cal. Aug. 27, 2010)
20
- *Vasquez v. Stainer* - No. CV 09-03029 AHM SS, 2011 WL 3565056, * 5
    (C.D. Cal. July 20, 2011)
21
- *Vasquez v. Stainer* - No. CV 09-3029 AHM (SS), 2011 WL 356824,
    (C.D. Cal. Aug. 11, 2011)
22

23  by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

24

Randy Real - T-35897
25  Pelican Bay State Prison
P.O. Box 7000
26  Crescent City, CA  95531-7000

27  *In Pro Per*

28

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 29, 2014**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |