UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY REAL,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES WALKER, et al.,<br><br>        Defendants. | No. 2:09-cv-3273 GEB KJN P<br><br><br>ORDER |

On August 22, 2014, this court granted plaintiff's request for appointment of counsel. (ECF No. 75.) Thereafter, on August 29, 2014, defendants filed a motion to dismiss plaintiff's Second Amended Complaint. (ECF No. 76.) Plaintiff is not required to file an opposition to defendants' motion to dismiss until further order of this court, after counsel has been appointed on plaintiff's behalf. Therefore, plaintiff's request to stay these proceedings until he obtains the assistance of appointed counsel (ECF No. 78) is hereby granted. This action is stayed until further order of this court.

Dated: September 17, 2014

/real3273.delay.oppo.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1