UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY REAL, | No. 2:09-cv-3273 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| JAMES WALKER, et al., | |
| Defendants. | |

On October 14, 2014, this court lifted the temporary stay in this action and appointed counsel for plaintiff.  (See ECF No. 80.)  The court also set a new briefing schedule on the merits of defendants' motion to dismiss filed August 29, 2014.  For purposes of the court's internal case-monitoring procedures only, the Clerk of Court is hereby directed to designate defendants' motion to dismiss (ECF No. 76) effectively "re-filed" on October 14, 2014.

SO ORDERED.

Dated:  November 3, 2014

/real3273.renotice.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1