Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:       mark@markmerin.com
              paul@markmerin.com

Attorneys for Plaintiff
RANDY REAL


KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
THOMAS S. PATTERSON, State Bar No. 202890
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-6421
  Fax: (916) 324-5205
  E-mail: Jaime.Ganson@doj.ca.gov

Attorneys for Defendant
R. RAMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RANDY REAL,<br><br>         Plaintiff,<br><br>vs.<br><br>R. RAMOS,<br><br>         Defendant. | Case No. 2:09-cv-03273-GEB-KJN (PC)<br><br>**STIPULATION TO CONTINUE JULY 16, 2015, HEARING DATE; [PROPOSED] ORDER** |

The parties have received the Court's order rescheduling the hearing on Plaintiff Randy Real's motion to strike affirmative defenses from Defendant R. Ramos' answer to the second amended complaint (ECF No. 90) to July 16, 2015. ECF No. 91.

Plaintiff's and Defendant's counsel are unavailable to attend the hearing on July 16, 2015, as rescheduled. Furthermore, Plaintiff's counsel is unavailable on July 23 and July 30, 2015, and

1

**STIPULATION TO CONTINUE JULY 16, 2015, HEARING DATE; [PROPOSED] ORDER**
*Real v. Ramos*; United States District Court, Eastern District of California, Case No. 2:09-cv-03273-GEB-KJN

1  Defendant's counsel is unavailable on August 6 and August 13, 2015. Therefore, the parties hereby agree
2  and stipulate to continue the July 16, 2015, hearing date to August 20, 2015, or a date thereafter.

3  Dated: June 19, 2015                    Respectfully Submitted,

4                                          LAW OFFICE OF MARK E. MERIN

5                                              /s/ Mark E. Merin

6                                          By: _____
                                                Mark E. Merin
7
                                            Attorneys for Plaintiff
8                                           RANDY REAL

9

10 Dated: June 19, 2015                    Respectfully Submitted,

11                                         KAMALA D. HARRIS
                                           Attorney General of California
12                                         THOMAS S. PATTERSON
                                           Supervising Deputy Attorney General
13
                                               /s/ Jaime M. Ganson
14                                             (as authorized on June 19, 2015)
                                           By: _____
15                                             JAIME M. GANSON
                                               Deputy Attorney General
16

17                                         Attorneys for Defendant
                                           R. RAMOS
18

19                          **[PROPOSED] ORDER**

20      Pursuant to the parties' stipulation, the hearing on Plaintiff Randy Real's motion to strike
21 affirmative defenses from Defendant R. Ramos' answer to the second amended complaint (ECF No. 90)
22 is hereby CONTINUED to August 20, 2015.
23      IT IS SO ORDERED.
24 Dated:  June 22, 2015

25

26                                         _____
                                           KENDALL J. NEWMAN
27                                         UNITED STATES MAGISTRATE JUDGE

   /real3273.cont
28

2

**STIPULATION TO CONTINUE JULY 16, 2015, HEARING DATE; [PROPOSED] ORDER**
*Real v. Ramos*; United States District Court, Eastern District of California, Case No. 2:09-cv-03273-GEB-KJN