UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY REAL, | No. 2:09-cv-3273 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| JAMES WALKER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner who is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, who is represented by court-appointed counsel, has filed a motion to strike certain affirmative defenses set forth in defendant R. Ramos's answer. (ECF No. 90.) The motion is currently set for hearing on August 20, 2015. (ECF No. 93.) Having reviewed the moving papers, as well as defendant's opposition (ECF No. 94) and plaintiff's reply (ECF No. 95), the court finds oral argument regarding this matter to be unnecessary and will therefore decide the motion on the papers.

Accordingly, IT IS HEREBY ORDERED that the hearing on plaintiff's motion to strike affirmative defenses, currently set for Thursday, August 20, 2015, at 10:00 a.m., in Courtroom No. 25, is vacated. An order addressing the motion to strike will be forthcoming.

Dated: August 10, 2015

/real3273.offcal

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1