UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY REAL, | No. 2:09-cv-3273 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| JAMES WALKER, et al., | |
| Defendants. | |

On November 24, 2015, counsel for the parties informed the court that the parties have settled the above-captioned case, and represented that documents disposing of the case will be filed after a settlement check issues. The latter event is expected to take place within one hundred and eighty days of delivery of a signed settlement agreement and supporting documents to defendants' counsel. (ECF No. 99.) Accordingly, the court orders that dispositional documents be filed no later than two hundred and ten days from the date of filing of this order.

All hearing dates currently set in this matter are hereby vacated.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Dispositional documents shall be filed no later than two hundred and ten days from the date of the filing of this order.

2. Plaintiff's motion to strike affirmative defenses (ECF No. 90) is termed. If this action is resumed because one or more terms of the settlement are not satisfied, plaintiff is directed to re-notice the motion for hearing.

Dated: December 8, 2015

/real3273.settlement.kjn

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE